## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| AURIZA VEGA | FILED: JUNE 19, 2008 |
| | 08CV3516 |
| v. | JUDGE ASPEN |
| THE CHERRY CORPORATION LONG TERM DISABILITY PLAN, | MAGISTRATE JUDGE KEYS |
| | AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Auriza Vega

| NAME (Type or print) |
|---|
| Barry A. Schultz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Barry A. Schultz |

| FIRM |
|---|
| Law Offices of Barry A. Schultz, P.C. |

| STREET ADDRESS |
|---|
| 1609 Sherman Ave., Suite 205 |

| CITY/STATE/ZIP |
|---|
| Evanston, Illinois 60201 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128193 | 847-864-0224 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |