# United States District Court for the Northern District of Illinois

Case Number: 08CV3516          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00
                 ☐ IFP       ☐ No Fee   ☐ Other _____
                 ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _06/24/08_ as to _THE CHERRY CORPORATION_
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05