UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Auriza Vega

                    Plaintiff,

v.                                    Case No.: 1:08–cv–03516
                                                Honorable Marvin E. Aspen

The Cherry Corporation

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 7/31/2008. Defense counsel appears. Plaintiff's counsel fails to appear. Plaintiff's failure to appear for next status hearing will result in the case being dismissed for want of prosecution. Status hearing continued to 8/14/2008 at 10:30 AM.)Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.