**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Auriza Vega
                Plaintiff,

v.                                        Case No.: 1:08–cv–03516
                                              Honorable Marvin E. Aspen

The Cherry Corporation
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/14/2008, and continued to 9/18/2008 at 10:30 AM. Defendants' oral motion for an extension of thirty days (915/08) in which to file responsive pleading to plaintiff's complaint is granted. Parties are to file a joint discovery plan in advance of the status date, with a courtesy copy to chambers, Room 2578. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.