UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Auriza Vega, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-3516 |
| ) | |
| v. ) | Hon. Judge Marvin E. Aspen |
| ) | |
| The Cherry Corporation, in its capacity as Plan ) | |
| Administrator for the Benefits Plan Pursuant to ) | |
| the Employee Retirement Income Security Act, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Defendant The Cherry Corporation ("Cherry"), by its attorneys, respectfully requests that the Court allow Louis M. Rundio, Jr. and John A. Litwinski to withdraw as counsel. In support of this motion, Cherry states:

1. Cherry retained Mr. Rundio and Mr. Litwinski of the law firm of McDermott Will & Emery LLP to represent it in this matter.

2. Mr. Rundio and Mr. Litwinski entered appearances on behalf of Cherry on July 24, 2008 (Docket Nos. 7 and 8, respectively).

3. Thereafter, Cherry's insurer, The Hartford, retained counsel from the law firm of Chittenden, Murday & Novotny, LLC to defend Cherry in this action.

4. On August 13, 2008, Donald Alan Murday, Elizabeth Gwynn Doolin, Julie Freund Wall, and Joseph R. Jeffery of the law firm Chittenden, Murday & Novotny, LLC filed appearances on behalf of Cherry (Docket Nos. 10 through 13, respectively). Attorneys Murday, Doolin, Wall, and Jeffery have agreed to defend Cherry with respect to all of the claims in this case.

5. This lawsuit is in its very initial stages, and the withdrawal of Mr. Rundio and Mr. Litwinski will not delay or impede the progress of this case.

WHEREFORE, Cherry respectfully requests that this Court allow Louis M. Rundio, Jr. and John A. Litwinski to withdraw as its attorneys in this case.

Respectfully submitted,

/s/ _John A. Litwinski_____

Louis M. Rundio, Jr.
John A. Litwinski
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

*Attorneys for Defendant The Cherry Corporation*

- 3 -

## CERTIFICATE OF SERVICE

    I, John A. Litwinski, an attorney, hereby certify that I caused a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL to be served on the following individuals via the Court's Electronic Filing System this 5th day of September 2008:

Donald Alan Murday  
Elizabeth Gwynn Doolin  
Julie Freund Wall  
Joseph R. Jeffery  
Chittenden, Murday & Novotny, LLC  
303 West Madison, Suite 1400  
Chicago, IL  60606

Barry Alan Schultz  
Law Offices of Barry Schultz  
1609 Sherman, Suite 205  
Evanston , IL  60201

                                                  /s/     John A. Litwinski

CHI99 5024519-1.032241.0010