UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Auriza Vega, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-3516 |
| ) | |
| v. ) | Hon. Judge Marvin E. Aspen |
| ) | |
| The Cherry Corporation, in its capacity as Plan ) | |
| Administrator for the Benefits Plan Pursuant to ) | |
| the Employee Retirement Income Security Act, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Attached Service List

PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 10:30 a.m. the undersigned shall appear before the Honorable Judge Marvin E. Aspen, or any judge sitting in his stead in the Courtroom 2568 in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present **McDermott Will & Emery LLP's Motion to Withdraw as Counsel**, a true and correct copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

/s/   John A. Litwinski

Louis M. Rundio, Jr.
John A. Litwinski
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

*Attorneys for Defendant The Cherry Corporation*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

  I, John A. Litwinski, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF MOTION to be served on the following individuals via the Court's Electronic Filing System this 5th day of September 2008:

Donald Alan Murday
Elizabeth Gwynn Doolin
Julie Freund Wall
Joseph R. Jeffery
Chittenden, Murday & Novotny, LLC
303 West Madison, Suite 1400
Chicago, IL  60606

Barry Alan Schultz
Law Offices of Barry Schultz
1609 Sherman, Suite 205
Evanston , IL  60201

                  /s/      John A. Litwinski

CHI99 5024950-1.032241.0010

- 2 -